UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14038-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFTON ALEXANDER,

    Defendant.
_____/

FILED by _____ D.C.

DEC - 7 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**AMENDED
REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION AS SET FORTH IN THE
PETITION FOR VIOLATION OF SUPERVISED RELEASE
(Amended To Correct Objections Deadline)**

**THIS CAUSE** having come on to be heard on the initial appearance on December 3, 2009 in respect to the Petition Alleging Violation of Supervised Release, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit the violation as set forth in the Petition, this Court recommends to the District Court as follows:

1.    The Defendant appeared before this Court on December 3, 2009 for his initial appearance in respect to the Petition Alleging Violation of Supervised Release. That Petition alleges the following violation:

| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 4, 2009, in Charlotte County, Florida, the defendant committed the offense of Driving While License Suspended, contrary to Florida Statute 322.34. On September 24, 2009, the defendant pled no contest and was adjudicated guilty in case number 09-1854-T, Charlotte County Court, and was sentenced to pay a total of $782.50 in costs within 90 days. |
|---|---|

2. At the outset of the hearing and after consultation with his attorney, the Defendant announced to this Court that he wished to admit the violation as set forth in the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government stated a factual basis concerning the Defendant's admission to Violation Number 1 of the Petition. This Court is satisfied that the proffer made by the government does set forth a factual basis for that violation. Further, the Defendant understands the possible penalties he is facing in regards to his admissions to Violation Number 1 of the Petition.

**ACCORDINGLY**, based upon the Defendant's admission under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 as set forth in the Petition and that a sentencing hearing be set by the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Court's Report and Recommendation dated December 3, 2009 within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _7th_ day of December, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
AFPD Dave Lee Brannon
Senior USPO Daniel F. Osking